UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MECHANICAL LICENSING COLLECTIVE,
:
                        Plaintiff,
:
          v.
: 24-cv-03809
SPOTIFY USA INC,
:
                       Defendant.      **<u>NOTICE OF APPEARANCE</u>**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for plaintiff in the above-captioned below.

Dated:   New York, New York
            May 17, 2024

                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                              /s/   *Darren W. Johnson*
                                 Darren W. Johnson

                              1285 Avenue of the Americas
                              New York, New York 10019-6064
                              Tel: (212) 373-3710
                              Fax: (212) 492-0710
                              djohnson@paulweiss.com

                              *Attorneys for Plaintiff Mechanical Licensing Collective*