USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/30/2024_____

# LATHAM & WATKINS LLP

May 29, 2024

| | |
|---|---|
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**VIA ECF & EMAIL**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Mechanical Licensing Collective v. Spotify USA Inc. (1:24-cv-3809-AT)*
— Consent Extension Request

Dear Judge Torres:

We have recently been engaged to represent Defendant Spotify USA Inc. ("Spotify") in the above-referenced matter. Pursuant to Rules I.B and I.C of Your Honor's Individual Practices, and with consent of Plaintiff's counsel, Spotify respectfully requests an extension of time to answer, move, or otherwise respond to the complaint (including the filing of a pre-motion letter in anticipation of a motion to dismiss) to July 19, 2024. The current deadline to respond to the complaint is June 10, 2024.[1] Spotify believes that extending the deadline until July 19, 2024 would afford sufficient time for the parties to correspond and potentially narrow the issues raised in the complaint before Spotify responds, consistent with Your Honor's Individual Practices.

There have been no prior requests for an extension of time.

We appreciate Your Honor's consideration of this request.

---

[1] The docket text at Dkt. No. 12 states that Spotify was served on May 16, 2024, and thus lists a deadline of June 6, 2024. However, Spotify was not served until May 20, 2024, Dkt. No. 12 at 3, meaning the current deadline to answer or otherwise respond to the complaint is June 10, 2024.

LATHAM&WATKINS LLP

            Respectfully submitted,

            */s/ Allison L. Stillman*
            Allison L. Stillman
            of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)

GRANTED.

SO ORDERED.

Dated: May 30, 2024
   New York, New York

_____
ANALISA TORRES
United States District Judge