UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mechanical Licensing Collective,

                Plaintiff,

-against-

Spotify USA Inc.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/30/2024
```

24 Civ. 3809 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated July 19 and 26, 2024. ECF Nos. 18, 21. Accordingly:

1. Defendant's request for leave to move to dismiss Plaintiff's complaint is GRANTED;
2. By **August 27, 2024**, Defendant shall file its motion papers;
3. By **September 17, 2024**, Plaintiff shall file its opposition papers; and
4. By **October 1, 2024**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: July 30, 2024
         New York, New York

                                              ANALISA TORRES
                                   United States District Judge