**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE, <br><br> *Plaintiff*, <br><br> v. <br><br> SPOTIFY USA INC., <br><br> *Defendant*. | Case No. 1:24-cv-03809-AT-KHP <br><br> **NOTICE OF MOTION** <br> **TO ADMIT COUNSEL** <br> *__PRO HAC VICE__* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael E. Bern, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Spotify USA Inc. in the above-captioned matter.

I am a member in good standing of the Bar of the District of Columbia and the Bar of the State of Maryland, and certificates of good standing are attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: August 27, 2024

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Michael E. Bern
Michael E. Bern
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: michael.bern@lw.com

*Attorneys for Defendant Spotify USA Inc.*