PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3163
EMAIL: JAYCOHEN@PAULWEISS.COM

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

September 13, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., New York, New York 10007

      *Mechanical Licensing Collective* v. *Spotify USA Inc.*, No. 1:24-cv-03809

Dear Judge Torres:

      Pursuant to Rule III(B)(iv) of the Court's Individual Rules of Practice in Civil Cases, plaintiff Mechanical Licensing Collective hereby writes to inform the Court and opposing counsel that plaintiff intends to oppose defendant's motion to dismiss, as previously indicated in our July 26, 2024 letter to Your Honor. Consistent with the Court's July 30, 2024 Order, plaintiff shall file its opposition papers by no later than September 17, 2024.

      Respectfully Submitted,

      */s/ Jay Cohen*
      Jay Cohen

cc:    All counsel of record (via ECF)