USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>                              Plaintiff,<br><br>           -against-<br><br>SPOTIFY USA INC.,<br><br>                              Defendant. | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>24-CV-3809 (AT)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for general pretrial supervision purposes (ECF #33).  A Case Management Conference in this matter will be held on **Thursday, November 14, 2024 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated:   October 18, 2024
            New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge