Allison L. Stillman
Direct Dial: +1.212.906.1747
alli.stillman@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**LATHAM & WATKINS LLP**

October 21, 2024

**VIA ECF**

Hon. Katharine H. Parker
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Mechanical Licensing Collective v. Spotify USA Inc.*, 1:24-cv-3809-AT-KHP
  Consent Adjournment Request

Dear Judge Parker:

We represent Defendant Spotify USA Inc. ("Spotify") in the above-referenced matter. With consent of Plaintiff's counsel, Spotify respectfully requests that the Court adjourn the Case Management Conference currently scheduled for November 14, 2024. Counsel have conferred and are available October 28-30 or November 19-22, should any of those dates be convenient for the Court.

This accommodation is requested due to a scheduling conflict with an appearance in another matter. There have been no prior requests for such an adjournment.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Allison L. Stillman*
Allison L. Stillman
of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via ECF)