# LATHAM & WATKINS LLP

Allison L. Stillman
Direct Dial: +1.212.906.1747
alli.stillman@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

October 21, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2024
```

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Katharine H. Parker
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Mechanical Licensing Collective v. Spotify USA Inc.*, 1:24-cv-3809-AT-KHP
<u>Consent Adjournment Request</u>

Dear Judge Parker:

We represent Defendant Spotify USA Inc. ("Spotify") in the above-referenced matter. <u>With consent of Plaintiff's counsel, Spotify respectfully requests that the Court adjourn the Case Management Conference currently scheduled for November 14, 2024.</u> Counsel have conferred and are available October 28-30 or November 19-22, should any of those dates be convenient for the Court.

This accommodation is requested due to a scheduling conflict with an appearance in another matter. There have been no prior requests for such an adjournment.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Allison L. Stillman*
Allison L. Stillman
of LATHAM & WATKINS LLP

---

<u>**APPLICATION GRANTED**</u>: The Case Management Conference in this matter scheduled on Thursday, November 14, 2024 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, November 20, 2024 at 11:00 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
10/22/2024