USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MECHANICAL LICENSING COLLECTIVE,

                    Plaintiff,

-against-

SPOTIFY USA INC.,

                    Defendant.

**POST-CONFERENCE ORDER**

24-CV-3809 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     On November 20, 2024, the parties appeared before the undersigned judge for a Case Management Conference. As discussed at the conference and set forth below, the parties shall do the following:

- The parties shall meet and confer regarding discovery and file a proposed amended discovery schedule **by December 4, 2024**.

- The parties shall commence review and production of ESI from their six mutually agreed upon custodians based on their mutually agreed upon search terms.

- The parties shall meet and confer regarding disputes on any additional custodians whose ESI may be relevant.

- The parties shall file a joint agenda letter of no more than three pages a week before each scheduled case management conference.

- To the extent Defendant seeks to compel production of documents pursuant to non-party subpoenas, it shall file motions to compel by no later than 30 days from the date of this Order unless a specific extension of time is granted. Any motion to compel must

be consistent with Rule 45 and, for motions filed in this Court, the movant shall advise the subpoenaed party it has 30 days from the date of the motion to file its opposition, after which the movant shall have 14 days to reply.

- The parties shall consult the transcript of today's conference for further directions and orders of the Court.

Further, for the reasons stated during the conference, and set forth more fully on the record, Defendant's Letter Motion requesting leave to move for a stay of discovery is DENIED. **<u>The Clerk of the Court is respectfully directed to terminate ECF No. 32.</u>**

**SO ORDERED.**

Dated: November 20, 2024
New York, New York

*Katharine H. Parker*
-------------------------
KATHARINE H. PARKER
United States Magistrate Judge