PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: (212) 373-3163
EMAIL: JAYCOHEN@PAULWEISS.COM

December 4, 2024

**VIA ECF AND EMAIL**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, New York, NY 10007

   *Mechanical Licensing Collective* v. *Spotify USA Inc.*, No. 1:24-cv-03809

Dear Judge Parker:

   In accordance with Your Honor's Order dated November 20, 2024 (Dkt. 49), the parties in the above-captioned action write jointly to propose the following amended schedule for remaining discovery.

   After conferring, the parties agree that the following proposed amended schedule should afford sufficient time to resolve any outstanding discovery disputes, collect, review and produce responsive documents, conduct depositions, and conduct third-party discovery:

| **Discovery Event** | **Current Deadline** | **Proposed New Deadline** |
| --- | --- | --- |
| Interrogatory Responses Due | December 4, 2024 | December 11, 2024 |
| Requests for Admission Due | December 6, 2024 | February 28, 2025 |
| Close of Fact Discovery | December 31, 2024 | March 31, 2025 |
| Initial Expert Reports Due | January 14, 2025 | April 21, 2025 |
| Rebuttal Reports Due | February 4, 2025 | May 16, 2025 |
| Close of Expert Discovery | February 14, 2025 | June 6, 2025 |

This is the second request for an extension of time to complete discovery.

Thank you for your time and consideration of this request.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Respectfully submitted,

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **LATHAM & WATKINS LLP** |
| <u>/s/ Jay Cohen</u><br>Jay Cohen<br>Darren W. Johnson<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>jaycohen@paulweiss.com<br>djohnson@paulweiss.com<br><br>*Attorneys for Plaintiff Mechanical Licensing Collective* | <u>/s/ Allison Levine Stillman</u><br>Allison Levine Stillman<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-906-1200<br>alli.stillman@lw.com<br><br>Sy Damle<br>555 Eleventh Street NW<br>Suite 1000<br>Washington, DC 20004<br>Telephone: 202-637 2200<br>sy.damle@lw.com<br><br>*Attorneys for Defendant Spotify USA, Inc.* |