```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/6/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mechanical Licensing Collective,

                   Plaintiff,

      -against-                                24 Civ. 3809 (AT)

Spotify USA Inc.,

                                             **ORDER**

                  Defendant.

ANALISA TORRES, District Judge:

      By order dated July 23, 2024, the Court scheduled a case management conference for December 9, 2024. ECF No. 20. On October 17, 2024, the Court referred this matter to the Honorable Katharine H. Parker for the purposes of general pretrial management. ECF No. 33. By order dated December 5, 2024, Judge Parker extended discovery deadlines. ECF No. 54. Additionally, on November 20, 2024, Judge Parker scheduled a settlement conference and a series of case management conferences to extend through July 2025. ECF Nos. 46, 48.

      Accordingly, the case management conference scheduled for December 9, 2024, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: December 6, 2024
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge