UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
MECHANICAL LICENSING COLLECTIVE,

                        Plaintiff,

        -against-

SPOTIFY USA INC.,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025

**POST-CONFERENCE ORDER**

**24-CV-3809 (AT)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    On January 21, 2025, the parties appeared before the undersigned for a Case Management Conference. As discussed at the conference and set forth below:

- To the extent Defendant seeks to compel production of documents pursuant to non-party subpoenas, its time to move to compel is extended to **February 14, 2025**. Any motion to compel must be consistent with Rule 45 and, for motions filed in this Court, the movant shall advise the subpoenaed party it has 30 days from the date of the motion to file its opposition, after which the movant shall have 14 days to reply.

- **By February 4, 2025**, the parties shall exchange privilege logs for documents reviewed to date and shall thereafter supplement their logs on a rolling basis within a week of each production tranche. The parties may utilize categorical logs subject to the Court's directions as set forth on the record.

- **By February 4, 2025**, the parties shall meet and confer regarding their outstanding disputes on document requests and interrogatories and attempt to resolve them. If the parties are unable to reach a compromise, they shall propose a briefing schedule for the

Court's resolution of remaining disputes.  In connection with any such briefing, the parties shall submit the disputed document requests and interrogatories as narrowed by any meet and confer and shall address both relevance and proportionality as to each request/interrogatory.

- The parties shall consult the transcript of today's conference for further directions and orders of the Court.

    **SO ORDERED.**

Dated:   January 22, 2025
         New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge