**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MECHANICAL LICENSING COLLECTIVE,

                      Plaintiff,

    -against-                                        24 **CIVIL** 3809 (AT)

                                                                **JUDGMENT**

SPOTIFY USA INC.,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2025, Spotify's motion is GRANTED and MLC's claim under Section 115 of the Copyright Act is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

          January 29, 2025

                                                                **TAMMI M. HELLWIG**

                                                                    **Clerk of Court**

                                         **BY:**

                                                                    **Deputy Clerk**