```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MECHANICAL LICENSING COLLECTIVE,

        Plaintiff,

-against-

SPOTIFY USA INC.,

        Defendant.

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCES AND TERMINATING MOTIONS**

24-CV-3809 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Honorable Analisa Torres' opinion and order granting Defendant's Motion to Dismiss on January 29, 2025 (ECF No. 61) and subsequent Judgment entered by the Clerk of Court on January 29, 2025 (ECF No. 62), the following previously scheduled Case Management Conferences are hereby adjourned *sine die* and any and all pending motions are hereby terminated as moot.

      **Thursday, February 20, 2025 at 10:00 a.m.**

      **Thursday, March 27, 2025 at 10:00 a.m.**

      **Thursday, April 24, 2025 at 10:00 a.m.**

      **Thursday, May 22, 2025 at 10:00 a.m.**

      **Thursday, June 26, 2025 at 10:00 a.m.**

      **Thursday, July 24, 2025 at 10:00 a.m.**

      SO ORDERED.

Dated:  January 29, 2025
          New York, New York

*/s/ Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge