UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MECHANICAL LICENSING COLLECTIVE,

                Plaintiff,

      v.

SPOTIFY USA INC.,

                Defendant.

No. 1:24-cv-03809 (AT)

**NOTICE OF PLAINTIFF'S MOTION FOR
RECONSIDERATION AND VACATUR OF THE JUDGMENT**

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and all other papers and proceedings herein, Plaintiff Mechanical Licensing Collective (MLC), by and through its attorneys, will move this Court, before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, at a date and time to be designated by the Court, pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) and Local Civil Rule 6.3, for an order (i) granting Plaintiff's Motion for Reconsideration of the Court's January 29, 2025 Order (Dkt. 61), vacating the Judgment (Dkt. 62) and reinstating the MLC's claims for relief; or, in the alternative, (ii) vacating the Judgment so that the MLC may then seek leave to amend its Complaint.

Dated: February 12, 2025
       New York, New York

                               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                               By: */s/ Jay Cohen*
                               Jay Cohen
                               Darren W. Johnson
                               Dylan O. Smith
                               1285 Avenue of the Americas
                               New York, NY 10019-6064
                               Phone: (212) 373-3000
                               jaycohen@paulweiss.com
                               djohnson@paulweiss.com
                               dosmith@paulweiss.com

                               *Attorneys for Plaintiff*
                               *Mechanical Licensing Collective*