```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/2/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MECHANICAL LICENSING COLLECTIVE,

              Plaintiff,

     v.

SPOTIFY USA INC.,

              Defendant.

No. 1:24-cv-03809 (AT)

---

## NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and all other papers and proceedings herein, Plaintiff Mechanical Licensing Collective, by and through its attorneys, will move this Court, before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, at a date and time to be designated by the Court, pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's order of March 11, 2025 (Dkt. 74), for an order granting leave to amend the Complaint (Dkt. 1). The basis for this motion is set forth in the accompanying memorandum of law and supported by the Declaration of Jay Cohen, which attaches as Exhibit 1 the proposed First Amended Complaint.

By **April 22, 2025**, Defendant shall file its response to Plaintiff's motion.
By **May 6, 2025**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: April 2, 2025
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge