USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MECHANICAL LICENSING COLLECTIVE,

                Plaintiff,

-against-

SPOTIFY USA INC.,

                Defendant.

24 Civ. 3809 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the motion for reconsideration filed by Defendant, Spotify USA Inc., on June 13, 2025. ECF No. 82. By **July 7, 2025**, Plaintiff, Mechanical Licensing Collective, shall file its response. By **July 17, 2025**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: June 16, 2025
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge