UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MECHANICAL LICENSING COLLECTIVE,

                        Plaintiff,

            v.                                                      No. 1:24-cv-03809 (AT)

SPOTIFY USA INC.,

                        Defendant.

---

## JURY DEMAND

        Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Mechanical Licensing

Collective demands a jury trial of all issues in the above-entitled action so triable.


Dated:  October 8, 2025
            New York, New York


                                    PAUL, WEISS, RIFKIND, WHARTON &
                                    GARRISON LLP


                                    By: */s/ Jay Cohen*
                                    Jay Cohen
                                    Darren W. Johnson
                                    Dylan O. Smith
                                    1285 Avenue of the Americas
                                    New York, NY 10019-6064
                                    Phone: (212) 373-3000
                                    jaycohen@paulweiss.com
                                    djohnson@paulweiss.com
                                    dosmith@paulweiss.com

                                    *Attorneys for Plaintiff*
                                    *Mechanical Licensing Collective*