UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MECHANICAL LICENSING COLLECTIVE,

Plaintiff,

-against-

SPOTIFY USA INC.,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/1/2025
```

24 Civ. 3809 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the parties' pre-motion letters concerning Plaintiff's anticipated motion seeking certification of the Court's January 29, 2025 order for an interlocutory appeal or, in the alternative, entry of a partial final judgment with regard to that order. *See* ECF Nos. 99–100. Accordingly:

1. By **December 19, 2024,** Plaintiff shall file its motion;
2. By **January 2, 2026**, Defendant shall file its reply;
3. By **January 9, 2026**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: December 1, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge