USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/23/2025__

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM & WATKINS LLP

**APPLICATION GRANTED:** The Case Management Conference set for 1/14/2026 at 02:30 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, January 22, 2026 at 3:30 p.m.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**12/23/2025**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 22, 2025

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, New York, NY 10007

Re: *Mechanical Licensing Collective v. Spotify USA Inc. (1:24-cv-3809-AT-KHP)*

Dear Judge Parker:

Pursuant to Rules I.B and I.C of Your Honor's Individual Practices, Plaintiff Mechanical Licensing Collective ("MLC") and Defendant Spotify USA Inc. ("Spotify") jointly request that the status conference currently scheduled for January 14, 2026, be adjourned to January 21, 2026 or January 22, 2026.  This will allow the Parties sufficient time to meet and confer regarding the recently-served discovery and crystallize any areas of dispute prior to the January conference.

There have been no prior requests for an extension of time for the January case status conference.  We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Jay Cohen*[1]
Jay Cohen
Darren W. Johnson
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jaycohen@paulweiss.com
djohnson@paulweiss.com
*Attorneys for Plaintiff*
*Mechanical Licensing Collective*

*/s/ Allison L. Stillman*
Allison L. Stillman
Grace McLaughlin
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
alli.stillman@lw.com

Sy Damle
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
sy.damle@lw.com
*Attorneys for Defendant Spotify USA, Inc.*

---

[1] Spotify uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.