```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MECHANICAL LICENSING COLLECTIVE,

                Plaintiff,

-against-

SPOTIFY USA INC.,

                Defendant.

ORDER SCHEDULING CASE MANAGEMENT CONFERENCES

24-CV-3809 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A series of Case Management conferences is scheduled for the following dates in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **The parties shall file a joint status letter that includes agenda items one week in advance of each conference. The letters shall be no more than three pages in length.**

    **Wednesday, February 18, 2026, at 3:30 p.m.**

    **Wednesday, March 18, 2026, at 2:00 p.m.**

    **Monday, April 20, 2026, at 2:00 p.m.**

    **Wednesday, May 20, 2026, at 2:00 p.m.**

    **Wednesday, June 17, 2026, at 2:00 p.m.**

        SO ORDERED.

Dated:   January 22, 2026
           New York, New York

                                                  KATHARINE H. PARKER
                                                United States Magistrate Judge