UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2026
```

MECHANICAL LICENSING COLLECTIVE,

                              Plaintiff,

          -against-

SPOTIFY USA INC.,

                             Defendant.

**POST-CONFERENCE ORDER**

24-CV-3809 (AT)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 22, 2026, the parties appeared before the undersigned for a Case Management Conference. As discussed in greater detail at the conference and set forth below:

- The Court has ordered that, in addition to the six custodians previously agreed upon by the parties, the parties shall meet and confer to reach agreement regarding four additional custodians requested by Plaintiff.

- **By January 27, 2026**, Defendant will provide Plaintiff's counsel with a list of proposed search terms for document discovery. **By February 3, 2026,** Plaintiff will either accept Defendant's search terms or propose a list of search terms in response. The parties shall then meet and confer to reach a compromise on this issue. **By February 6, 2026**, the parties shall submit a joint letter indicating whether the parties are resolved on the search terms.

- As to Plaintiff's anticipated motion to dismiss Defendant's unclean hands affirmative defense, the briefing schedule has been set as follows: Plaintiff's opening brief will be

due by **February 20, 2026**; Defendant's opposition will be due by **March 20, 2026**; and Plaintiff's reply, if any, will be due by **April 3, 2026**.

- The parties shall file an agenda letter in advance of the next case management conference and indicate whether they wish to have argument on the relevance of the information sought by Defendant on the unclean hands affirmative defense.  The parties may each provide the court with a separate letter three business days in advance of that conference of no more than three pages setting forth their positions on the applicability of the unclean hands affirmative defense to the claims in this action.

**SO ORDERED.**

Dated:   January 23, 2026
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge