**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING           SAN FRANCISCO
BRUSSELS          TOKYO
HONG KONG         TORONTO
LONDON            WASHINGTON, DC
LOS ANGELES       WILMINGTON

DIRECT DIAL: (212) 373-3163
EMAIL: JAYCOHEN@PAULWEISS.COM

February 6, 2026

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, New York, NY 10007

      *Mechanical Licensing Collective* v. *Spotify USA Inc.*, No. 1:24-cv-03809

Dear Judge Parker:

    Pursuant to the January 23, 2026 order (Dkt. 115), the parties in the above-referenced case write to inform the Court that they have reached an agreement on search terms.

Respectfully submitted,

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **LATHAM & WATKINS LLP** |
| */s/ Jay Cohen* | */s/ Allison L. Stillman* |
| Jay Cohen | Allison L. Stillman |
| Darren W. Johnson | Cory D. Struble |
| 1285 Avenue of the Americas | Grace McLaughlin |
| New York, NY 10019-6064 | 1271 Avenue of the Americas |
| Telephone: (212) 373-3000 | New York, NY 10020 |
| jaycohen@paulweiss.com | Telephone: 212-906-1200 |
| djohnson@paulweiss.com | alli.stillman@lw.com |
| | cory.struble@lw.com |
| *Attorneys for Plaintiff Mechanical Licensing Collective* | grace.mclaughlin@lw.com |
| | Sarang Vijay Damle |
| | 555 Eleventh Street NW |
| | Suite 1000 |
| | Washington, DC 20004 |
| | Telephone: 202-637 2200 |
| | sy.damle@lw.com |
| | *Attorneys for Defendant Spotify USA Inc.* |