PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING  SAN FRANCISCO
BRUSSELS  TOKYO
HONG KONG  TORONTO
LONDON  WASHINGTON, DC
LOS ANGELES  WILMINGTON

DIRECT DIAL: (212) 373-3163
EMAIL: jaycohen@paulweiss.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/12/2026

> **APPLICATION GRANTED:** The Case Management Conference scheduled for 02/18/2026 is hereby adjourned.
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 02/12/2026

February 11, 2026

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, New York, NY 10007

*Mechanical Licensing Collective* v. *Spotify USA Inc.*, No. 1:24-cv-03809

Dear Judge Parker:

The parties in the above-captioned matter are writing to inform the Court that they have reached a compromise on their outstanding custodian and document discovery disputes.[1] As part of that compromise, the parties agree that argument on the relevance of the information sought by Defendant on its unclean hands affirmative defense is not necessary at this time. The parties are now collecting documents from the agreed custodians, running the agreed search terms, and expect to start producing documents on a rolling basis shortly. Once the MLC has a better understanding of the volume of documents involved, it expects to seek an extension of the current discovery schedule. Spotify will continue to confer with the MLC in good faith regarding the appropriate schedule for timely completing discovery in this action.

In the meantime, the parties do not believe that the case management conference scheduled for next Wednesday (February 18, 2026) is needed, but the parties are prepared to attend the conference as scheduled should the Court wish.

---

[1] The parties are continuing to negotiate in good faith with respect to two MLC document requests (RFP 47–48), and to the extent the parties are not able to resolve that dispute, the MLC reserves the right to raise it with the Court at a later date.

Respectfully submitted,

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **LATHAM & WATKINS LLP** |

<div style="display:flex">

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jay Cohen*
Jay Cohen
Darren W. Johnson
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jaycohen@paulweiss.com
djohnson@paulweiss.com

*Attorneys for Plaintiff Mechanical Licensing Collective*

**LATHAM & WATKINS LLP**

*/s/ Allison L. Stillman*
Allison L. Stillman
Cory D. Struble
Grace McLaughlin
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
alli.stillman@lw.com
cory.struble@lw.com
grace.mclaughlin@lw.com

Sarang Vijay Damle
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
Telephone: 202-637 2200
sy.damle@lw.com

*Attorneys for Defendant Spotify USA, Inc.*

</div>