**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2026

DIRECT DIAL: (212) 373-3163
EMAIL: JAYCOHEN@PAULWEISS.COM

March 11, 2026

> **APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for **03/18/2026** is hereby adjourned.
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 03/12/2026

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, New York, NY 10007

*Mechanical Licensing Collective* v. *Spotify USA Inc.*, No. 1:24-cv-03809

Dear Judge Parker:

The Parties in the above-captioned matter are writing to inform the Court that they have reached a compromise on their previously outstanding discovery disputes. The Parties have submitted a proposed extension of the current discovery schedule, ECF No. 125, for timely completion of discovery in this action. In the meantime, the parties do not believe that the case management conference scheduled for next Wednesday, March 18, 2026, is needed, but the parties are prepared to attend the conference as scheduled should the Court wish.

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jay Cohen*
Jay Cohen
Darren W. Johnson
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
jaycohen@paulweiss.com
djohnson@paulweiss.com

*Attorneys for Plaintiff Mechanical Licensing Collective*

**LATHAM & WATKINS LLP**

*/s/ Allison L. Stillman*
Allison L. Stillman
Cory D. Struble
Grace McLaughlin
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
alli.stillman@lw.com
cory.struble@lw.com
grace.mclaughlin@lw.com

Sarang Vijay Damle
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
Telephone: 202-637 2200
sy.damle@lw.com

*Attorneys for Defendant Spotify USA, Inc.*