# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Jay Cohen**
**Direct Dial:** +1 212 373 3163
**Email:** jaycohen@paulweiss.com

April 13, 2026

**<u>VIA ECF</u>**

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Mechanical Licensing Collective* v. *Spotify USA Inc.*, No. 1:24-cv-03809

Dear Judge Parker:

  The Parties in the above-captioned action write to inform the Court that they presently do not have any outstanding discovery disputes that require the Court's attention. Accordingly, the Parties do not believe that the case management conference scheduled for next Monday, April 20, 2026 is needed, but the Parties are prepared to attend the conference as scheduled should the Court wish.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                   2

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Jay Cohen*
Jay Cohen
Darren W. Johnson
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
jaycohen@paulweiss.com
djohnson@paulweiss.com

*Attorneys for Plaintiff Mechanical Licensing Collective*

**LATHAM & WATKINS LLP**

*/s/ Allison L. Stillman*
Allison L. Stillman
Cory D. Struble
Grace McLaughlin
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-906-1200
alli.stillman@lw.com
cory.struble@lw.com
grace.mclaughlin@lw.com

Sarang Vijay Damle
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
Telephone: 202-637 2200
sy.damle@lw.com

*Attorneys for Defendant Spotify USA, Inc.*