UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/14/2026__
```

MECHANICAL LICENSING COLLECTIVE,

Plaintiff,

-against-

SPOTIFY USA INC.,

Defendant.

**SCHEDULING ORDER**

**24-CV-3809 (AT)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 13, 2026 the parties in the above-entitled action filed a letter requesting an adjournment of the Case Management Conference scheduled for Monday, April 20, 2026 representing that they do not have any outstanding discovery disputes, and therefore, the conference will not be needed.  The request is GRANTED.  The parties are directed to file a letter by **May 4, 2026** updating the Court as to the progress of discovery.

**SO ORDERED.**

Dated:    April 14, 2026
           New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge