UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/5/2026___
```

|  |  |
|---|---|
| MECHANICAL LICENSING COLLECTIVE, | |
| Plaintiff, | |
| -against- | |
| SPOTIFY USA INC., | |
| Defendant. | |

**ORDER**

**24-CV-3809 (AT)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 4, 2026, the parties filed a joint letter updating the Court on the status of discovery. In that letter, Plaintiff requests that the Court advance the May 20, 2026 conference to address the discovery disputes identified therein.  Defendant requests that the conference be adjourned to a later date, arguing that Plaintiff's concerns are premature and that the parties should be able to resolve the issues through further conferral.

Both requests to modify the conference date are **DENIED**.  The May 20, 2026 conference will proceed as scheduled.  The parties are directed to meet and confer in good faith in an effort to resolve the discovery issues without Court intervention.  To the extent any disputes remain unresolved, the parties should be prepared to address them at the May 20, 2026 conference.

**SO ORDERED.**

Dated:    May 5, 2026
          New York, New York

_Katharine H Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge