UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MECHANICAL LICENSING COLLECTIVE,

                  Plaintiff,

        v.

                             : 24-cv-03809

SPOTIFY USA INC.,

                Defendant.      **NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE  TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for plaintiff in the above-captioned matter.

Dated:   New York, New York
         May 5, 2026

                           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                           /s/   *Jessica Benvenisty*
                            Jessica Benvenisty

                           1285 Avenue of the Americas
                           New York, New York 10019-6064
                           Tel: (212) 373-3115
                           Fax: (212) 492-0115
                           jbenvenisty@paulweiss.com

                           *Attorneys for Plaintiff Mechanical Licensing Collective*