```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:_____ 05/19/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>                              Plaintiff,<br><br>         -against-<br><br>SPOTIFY USA INC.,<br><br>                              Defendant. | **SCHEDULING ORDER**<br><br>**24-CV-3809 (AT)(KHP)** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Case Management Conferences in this matter scheduled for **May 29, 2026**, and **June 17, 2026**, are hereby adjourned.  A case Management Conference is scheduled for **Wednesday, June 24, 2026, at 4:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

        **SO ORDERED.**

Dated:    May 19, 2026
          New York, New York

_Katharine H Parker_
_____
        KATHARINE H. PARKER
        United States Magistrate Judge