```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___6/25/2026___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MECHANICAL LICENSING COLLECTIVE,

                Plaintiff,

      -against-

SPOTIFY USA INC.,

                Defendant.

**POST-CONFERENCE ORDER**

**24-CV-3809 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On June 24, 2026, the parties appeared before the undersigned for a Case Management Conference.  As discussed in greater detail at the conference and set forth below:

- Spotify has represented that it intends to produce documents that it has de-designated pursuant to a downgrade review of materials previously marked as privileged.  Spotify is directed to produce such documents with alacrity and ahead of any scheduled deposition. The parties are further directed to meet and confer and file a joint status letter by **July 2, 2026,** updating the Court on the production of these documents and to inform the Court on whether the parties have been able to learn anything more regarding the distinction between a Slack "channel" and "thread" and whether additional Slack productions are contemplated.

- With regard to the issue raised concerning surveys and analyses relating to Spotify's $9.99 Audiobooks valuation, Spotify is directed to determine the number of surveys conducted during the period from 2021 through 2024, identify where the results of those surveys are maintained or housed, and produce those surveys to counsel for MLC.

Counsel for Spotify is further directed to confer with its relevant witness(es) to determine whether any additional financial projections exist. If they do, they are to produce those as well.  An update in connection with this production is to be included in the July 2, 2026 letter.

- As to the issue raised regarding agreements with record labels and music publishers, Spotify is directed to determine whether there are agreements with Universal and Warner record labels. To the extent such agreements exist and are responsive, they are to be produced, subject to appropriate redactions of portions that are not relevant to the issues in dispute.  An update on this issue should be noted in the July 2, 2026 letter.

- The request to depose KJ Flyborg and that the Court direct a search of his materials is denied without prejudice as premature.  MLC will depose Ms. Jorge as scheduled, and, insofar as MLC still believes a deposition of Flyborg will be necessary, it is to include such a representation in the joint status letter due July 2, 2026.

- Finally, as to the deposition of Mr. Kung, Spotify is directed to file its motion for a protective order by July 2, 2026.  Spotify's opposition is due July 13, 2026. There will be no reply.  The submissions may be in the form of letters, limited to four pages each.

**SO ORDERED.**

Dated:    June 25, 2026
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge